In the Matter of the Claim of MARIE PENDL, Respondent, against ARTHUR HAENEL et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1930; decided October 14, 1930.)

*William Warren Dimmick* for appellants.
*Francis X. Stephens, Jr.,* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.